**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-633**

---

In Re: AARON DARRYL THOMAS,

Petitioner.

---

On Petition for Writ of Mandamus. (CR-94-69-2)

---

Submitted: December 19, 1996      Decided: December 30, 1996

---

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

---

Petition denied by unpublished per curiam opinion.

---

Aaron Darryl Thomas, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Aaron Darryl Thomas, a federal prisoner, petitions for a writ of mandamus. He asks that we direct the district court to rule on his motion for disclosure of a signed grand jury form. Because the district court has denied the motion, we deny the petition for a writ of mandamus as moot. To the extent that Thomas wishes, through the mandamus petition, to appeal the district court's order, we note that mandamus is not a substitute for appeal. In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). We dispense with oral argument because the facts and legal contentions are adequately set forth in the material before us, and argument would not aid the decisional process.

PETITION DENIED